# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GIROLAMO PUGLIESI and
ROSALIA PUGLIESI,

    Plaintiffs,

v.                                           Case No: 8:12-cv-2354-T-30MAP

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Order of Dismissal With Prejudice (Dkt. #26).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of November, 2013.

                                            _/s/ James S. Moody, Jr._
                                            JAMES S. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-2354 dismiss 26.docx